STATE OF NEW JERSEY v. FRANK MANDARA.

May 28, 1980.

Petition for certification denied.

MARY GAUDENZI v. BOARD OF REVIEW.

May 28, 1980.

Petition for certification denied.

JUSTIN GASARCH v. PLANNING BOARD OF THE
TOWNSHIP OF FREEHOLD.

May 28, 1980.

Petition for certification denied.